# EXHIBIT 2

um
jection

RX Only

ounded:

m freezing.

Not for resale.

Lot: 11
Exp Date: 11/25/2020